IN THE SUPREME COURT OF THE STATE OF MONTANA

00-329

_____

IN RE THE PETITION OF THE STATE
BAR OF MONTANA FOR A DUES INCREASE

O R D E R

_____

Pursuant to Section VI, Montana Supreme Court Internal Operating Rules (2006), the Trustees of the State Bar of Montana have petitioned the Court for general dues increase and for a Pro Hac Vice fee increase.

The State Bar of Montana (Petitioner) has petitioned this Court to increase the dues for active members of the State Bar $50, from $150 to $200 and to increase the dues for inactive members $50, from $75 to $125. In addition, Petitioner has petitioned this Court to amend the 2005 Rules for Admission to the Bar of Montana on Pro Hac Vice for the sole purpose of raising the fee paid by Pro Hac Vice applicants to be the same as the annual dues paid by active members.

The State Bar submits that a dues increase is necessary to meet the State Bar of Montana's increased costs of administration, lawyer's assistance program, and to continue to perform the Bar's designated purposes. An increase in the pro hac vice fee will support activities of the Bar with pro hac vice admittees assuming responsibility for an appropriate share of the administrative costs.

On November 19, 2008, we published notice of the petition in *The Montana Lawyer* and on the State Bar of Montana's website and ordered that responses and comments from the State

1

Bar membership and the public be submitted to the Clerk of this Court on or before February 17, 2009, with a response from the State Bar on February 20, 2009.

Seven comments in opposition to the increase were submitted along with three comments in support; including the Montana Trial Lawyers Association and the Lawyers Fund for Client Protection. The opponents are primarily concerned that the increase results in a disproportionate increase on inactive members, government attorneys, and small practitioners.

In its reply to the comments, the State Bar pointed out that the concern that a dues increase unfairly affects certain classes of bar membership raises questions about the equity of the current dues structure within and between classes of membership; an issue beyond the scope of the present petition.

Having reviewed the petition along with the comments in opposition and in support, we conclude that the State Bar of Montana has demonstrated that the proposed dues increase is both fair and necessary to allow the State Bar to meet its Court-ordered obligations.

IT IS HEREBY ORDERED THAT effective immediately:

1. The annual dues for active members of the State Bar are increased from $150 to $200 and the annual dues for inactive members are increased from $75 to $125.

2. Rule IV(D)(10) of the 2005 Rules for Admission to the Bar of Montana is amended to read as follows:

> The completed application along with a one-time payment to the State Bar of the dues currently required of active members of the State Bar along with annual Office of Disciplinary Counsel and Lawyers Fund Assessments.

3. Notice to Chris D. Tweeten, President of the State Bar of Montana and Chris Manos, Executive Director of the State Bar of Montana with the request that this Order be published in the next available issue of *The Montana Lawyer* and posted on the website of the State Bar of Montana. In addition, a copy of this Order shall be electronically published on the website of

the judicial branch, http://www/courts/mt.gov and circulated electronically by the office of the Clerk of this Court to all district court judges in the State of Montana.

DATED this 3rd day of March, 2009.

/S/ MIKE McGRATH
/S/ W. WILLIAM LEAPHART
/S/ JAMES C. NELSON
/S/ PATRICIA COTTER
/S/ JIM RICE
/S/ JOHN WARNER
/S/ BRIAN MORRIS